IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**CEREYON TAYLOR, professionally known as "CeeStackz,"**
Plaintiff,

c/o One Seagate
#640
Toledo, Ohio 43604,

v.

**EMPIRE DISTRIBUTION, INC.,**
Defendant.

235 PINE STREET 24TH FLOOR

SAN FRANCISCO, CA 94104

Case No. _____

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Cereyon Taylor p/k/a "CeeStackz" ("Plaintiff"), by and through his attorneys, **Scheer, Green and Burke, LPA**, alleges against Defendant Empire Distribution, Inc. ("Empire" or "Defendant") as follows:

**NATURE OF THE ACTION**

This action arises from Defendant Empire Distribution, Inc.'s material underpayment of royalties, issuance of materially deficient and inaccurate royalty accountings, and failure to properly compensate Plaintiff in connection with the commercially successful platinum sound recording "2 Million Up" by Peezy.

Plaintiff is a music producer and creator of production embodied in the master recordings for "2 Million Up," a commercially successful sound recording that has generated in excess of approximately 208 million streams across digital streaming platforms.

Pursuant to a written producer agreement, Plaintiff is entitled to royalty participation derived from the exploitation of the master recordings distributed and monetized by Defendant.

Despite the substantial commercial success of the recording, Defendant materially underpaid Plaintiff and issued royalty accounting statements that do not mathematically

reconcile with the publicly known streaming activity, industry-standard payout metrics, and corresponding revenues generated by exploitation of the recording.

Plaintiff repeatedly demanded clarification, supporting documentation, and accurate royalty reporting. Defendant failed and refused to provide a proper accounting and ultimately ceased substantive communications regarding the royalty dispute.

The royalty accountings provided to Plaintiff are facially inconsistent with the known exploitation and commercial performance of the recording.

Upon information and belief, Defendant knowingly or recklessly understated royalties owed to Plaintiff and failed to accurately report revenues derived from exploitation of the recordings.

Defendant additionally failed to provide timely semi-annual royalty accountings owed to Plaintiff, further evidencing bad faith and conscious disregard of its contractual obligations.

As a direct and proximate result of Defendant's conduct, Plaintiff has suffered substantial monetary damages.

## JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

Venue is proper in this District pursuant to the governing law and jurisdiction provisions contained in the applicable producer agreement, which designates Michigan as the governing forum for disputes arising thereunder.

Defendant purposefully availed itself of this District through the contractual relationship and exploitation activities giving rise to the claims asserted herein.

## PARTIES

Plaintiff Cereyon Taylor p/k/a "CeeStackz" is an individual music producer.

Defendant Empire Distribution, Inc. is a corporation engaged in the business of music distribution, royalty administration, exploitation, monetization, and accounting of sound recordings throughout the United States and internationally.

## FACTUAL ALLEGATIONS

Plaintiff entered into a producer agreement concerning the master recordings for "2 Million Up" by Peezy.

Under the agreement, Plaintiff is entitled to royalty participation derived from revenues generated through exploitation of the recordings.

The agreement expressly contemplates royalty calculations tied to distributor revenues and receipts where the recordings are distributed through Empire.

"2 Million Up" became a commercially successful platinum sound recording and has generated approximately 208 million streams to date.

Plaintiff received limited royalty payments and incomplete royalty accounting statements from Defendant and/or associated parties.

The accounting statements provided do not mathematically reconcile with the known streaming figures and implied revenue calculations associated with exploitation of the recordings.

Plaintiff and his representatives reverse-engineered Defendant's royalty calculations based upon stream counts, payout structures, and the accounting information provided. Based upon that analysis, the royalties paid to Plaintiff are materially deficient and substantially below the amounts owed.

Upon information and belief, Defendant understated revenues and/or improperly calculated Plaintiff's royalty participation.

Defendant additionally failed to provide timely and complete semi-annual royalty accountings owed to Plaintiff.

Plaintiff repeatedly demanded clarification, supporting documentation, and proper payment.

Despite such demands, Defendant failed to correct the discrepancies and ceased substantive communication regarding the royalty dispute.

Defendant has continued to commercially exploit the recordings and receive substantial revenues while failing to properly compensate Plaintiff.

Defendant's conduct has been knowing, reckless, willful, and in bad faith.

## FIRST CAUSE OF ACTION

(Breach of Contract)

Plaintiff repeats and realleges the foregoing allegations as though fully set forth herein. Plaintiff fully performed all obligations required under the governing agreement. Defendant materially breached the agreement by, among other things:

a. failing to properly calculate royalties owed to Plaintiff;
b. failing to provide accurate and complete royalty accountings;
c. materially underpaying Plaintiff; and
d. failing to remit all monies due and owing.

As a direct and proximate result of Defendant's breaches, Plaintiff has suffered damages in an amount to be determined at trial but believed to exceed $500,000.

## SECOND CAUSE OF ACTION

(Accounting)

Plaintiff repeats and realleges the foregoing allegations as though fully set forth herein. Defendant possesses exclusive control over the books, records, backend royalty data, distributor statements, and financial information relating to exploitation of the recordings. Plaintiff lacks access to the information necessary to determine the complete amount owed.

An equitable accounting is therefore necessary and appropriate.

## THIRD CAUSE OF ACTION

(Unjust Enrichment)

Plaintiff repeats and realleges the foregoing allegations as though fully set forth herein. Defendant has received substantial financial benefits derived from exploitation of Plaintiff's production services and creative contributions.

It would be inequitable for Defendant to retain such benefits without fully compensating Plaintiff.

## FOURTH CAUSE OF ACTION

(Fraudulent Accounting / Constructive Fraud)

Plaintiff repeats and realleges the foregoing allegations as though fully set forth herein. Defendant issued royalty accounting statements that materially misrepresented and/or concealed the true revenues and royalties associated with exploitation of the recordings. Defendant knew or should have known the accounting statements were inaccurate and misleading.

Plaintiff reasonably relied upon Defendant to provide accurate royalty reporting and payment calculations.

Defendant's conduct has caused substantial damages to Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

a. Compensatory damages in an amount to be determined at trial but believed to exceed $500,000;

b. A full equitable accounting of all revenues derived from exploitation of "2 Million Up";

c. Pre-judgment and post-judgment interest;

d. Costs, expenses, and attorneys' fees where permitted by law;

e. Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: May 27, 2026

Respectfully submitted,

**SCHEER, GREEN AND BURKE, LPA**
Attorneys for Plaintiff

By: _____
Hal Burke, Esq.

SCHEER, GREEN AND BURKE, LPA
Attorneys for Plaintiff Cereyon Taylor p/k/a "CeeStackz"